United States District Court
Southern District of Texas
**ENTERED**
December 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES GEORGE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-360 |
| § | |
| SI GROUP, INC. D/B/A SCHENECTADY § | |
| INTERNATIONAL, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER STRIKING PLEADINGS

Pending before the Court are the following motions:

- Defendants Brenner Tank Services, LLC and Walker Group Holdings, LLC's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6), Brief in Support of Motion to Dismiss and Alternatively, Motion for More Definite Statement Pursuant to FED. R. CIV. P. 12(e) (Dkt. 2).

- Defendant Evergreen Tank Solutions, Inc.'s Motion to Dismiss or for Summary Judgment (Dkt. 7).

However, they are deficient in the area (s) checked below:


(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.11.3)

2. ___ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. ___ Caption of the pleading is incomplete. (L.R.10.1)

4. ___ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. ___ Motion is not in compliance with L.R.7:

    a. ___ No statement of opposition or non-opposition. (L.R.7.2)

      b. \_\_\_ No statement re conference w/opposing counsel. (L.R.7.1 .D)

      c. \_\_\_ Separate proposed order not provided. (L.R.7.1.C)

6. \_\_\_ Motion to consolidate is not in compliance with L.R.7.6.

7. **X** Other:

      a. \_\_\_ Red vertical lines on pleading. (L.R.11.4)

      b. \_\_\_ Computer codes on proposed order (Galveston General Order 2000–1)

      c. \_\_\_ No space provided for date on proposed order

      d. \_\_\_ No leave of court

      e. \_\_\_ Original and One Copy filing requirement. (L.R.5.2)

      f. **X** Motion does not comply with Court's Procedures.
            *See* Hanks Procedures 6.B.

The Clerk is hereby **ORDERED** to **STRIKE** the above instrument (s) from the record and notify counsel of such action.

SIGNED at Galveston, Texas, this 29th day of December, 2016.

                                                                  _____
                                                                  George C. Hanks Jr.
                                                                  United States District Judge