United States District Court
Southern District of Texas
**ENTERED**
May 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMES GEORGE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-360 |
| § | |
| SI GROUP, INC. D/B/A SCHENECTADY § | |
| INTERNATIONAL, INC., *et al*, § | |
| § | |
| Defendants. § | |

# **ORDER**

Before the Court is Defendant Evergreen Tank Solutions, Inc.'s ["Evergreen"] Motion to Dismiss or for Summary Judgment. Dkt. 41. Plaintiff James George subsequently amended his Complaint. Dkt. 57. Evergreen's Motion is therefore **DENIED as moot** without prejudice to refiling in accordance with the Court's Procedures.

SIGNED at Galveston, Texas, this 8th day of May, 2017.

_____
George C. Hanks Jr.
United States District Judge